ANNIE C. MINGEY, Appellant, *v.* WALTER A. PLACE, Individually and as Executor of MARY E. P. PLACE, Deceased, Appellant, and PRISCILLA T. P. STARIN, Individually and as Surviving Executrix and Trustee under the Will of RANSOM PARKER, Deceased, et al., Respondents.

*Mingey* v. *Place*, 155 App. Div. 900, affirmed.
(Argued December 2, 1914; decided December 18, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 13, 1913, affirming a judgment in favor of defendants, respondents, entered upon a dismissal of the complaint by the court on trial at Special Term in a judgment creditor's action for the construction of the will of Ransom Parker, deceased, to ascertain what interest, if any, the judgment debtor, Walter A. Place, had thereunder.

*James J. Fitz Gerald* for appellants.

*Jesse Grant Roe* and *John Delahunty* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ.